

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00394-CR

ALFRED RODRIGUEZ, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court at Law No. 9 of Harris County
(Tr. Ct. No. 1931465).

The cause heard today by the Court is an appeal from the judgment signed by the court below on April 9, 2014. After inspecting the record of the court below, it is the opinion of this Court that there is no reversible error in the judgment. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the judgment of the court below be **affirmed**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 25, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Higley and Massengale.

Opinion issued June 25, 2015



In The

## Court of Appeals

For The

## First District of Texas

———————————

NO. 01-14-00394-CR

———————————

**ALFRED RODRIGUEZ, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

———————————————————————————————————————

**On Appeal from the County Criminal Court at Law No. 9
Harris County, Texas
Trial Court Case No. 1931465**

———————————————————————————————————————

## MEMORANDUM OPINION

A jury found appellant, Alfred Rodriguez, Jr., guilty of the offense of assault

family violence. *See* TEX. PENAL CODE ANN. § 22.01(a)(1) (West Supp. 2014).

The trial court then found the allegations in an enhancement paragraph true and

sentenced him to 300 days in the county jail. *See* TEX. PENAL CODE ANN. §§ 12.21, 12.43 (West 2011). Appellant timely filed a notice of appeal.

Appellant's appointed counsel on appeal has filed a motion to withdraw, along with a brief stating that the record presents no reversible error and the appeal is without merit and is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).

Counsel's brief meets the *Anders* requirements by presenting a professional evaluation of the record and supplying us with references to the record and legal authority. 386 U.S. at 744, 87 S. Ct. at 1400; *see also High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978). Counsel indicates that he has thoroughly reviewed the record and is unable to advance any grounds of error that warrant reversal. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *Mitchell v. State*, 193 S.W.3d 153, 155 (Tex. App.—Houston [1st Dist.] 2006, no pet.).

We have independently reviewed the entire record in this appeal, and we conclude that no reversible error exists in the record, there are no arguable grounds for review, and the appeal is frivolous. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400 (emphasizing that reviewing court—and not counsel—determines, after full examination of proceedings, whether appeal is wholly frivolous); *Garner v. State*, 300 S.W.3d 763, 767 (Tex. Crim. App. 2009) (reviewing court must determine whether arguable grounds for review exist); *Bledsoe v. State*, 178 S.W.3d 824,

2

826–27 (Tex. Crim. App. 2005) (same); *Mitchell*, 193 S.W.3d at 155 (reviewing court determines whether arguable grounds exist by reviewing entire record). We note that an appellant may challenge a holding that there are no arguable grounds for appeal by filing a petition for discretionary review in the Texas Court of Criminal Appeals. *See Bledsoe*, 178 S.W.3d at 827 & n.6.

We affirm the judgment of the trial court and grant counsel's motion to withdraw.[1] Attorney Mark Kratovil must immediately send appellant the required notice and file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] Appointed counsel still has a duty to inform appellant of the result of this appeal and that he may, on his own, pursue discretionary review in the Texas Court of Criminal Appeals. *See Ex Parte Wilson*, 956 S.W.2d 25, 27 (Tex. Crim. App. 1997).

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

77002020066
77070141325

THE STATE OF TEXAS



U.S. POSTAGE >> PITNEY BOWES

ZIP 77002
02 1W
0001372104 JUN. 25. 2015

$ 000.48°

™ HOUSTON

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 15 2015

CHRISTOPHER A. PRINE
CLERK

CASE NO. 01-14-00394-CR

ALFRED RODRIGUEZ JUNIOR
14022 WALTER RD.
APT.
HOU

NIXIE        773    SE 1    1 000        00007/12/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77002206699        *2933-03715-25-36